UNITED STATES of America,
Plaintiff–Appellee

v.

Willie JONES, Jr., also known as Gator, also known as G., Defendant–Appellant.

No. 11–30429
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2012.

Helina S. Dayries, Jennifer McDaniel Kleinpeter, Esq., Catherine M. Maraist, Assistant U.S. Attorneys, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Gwendolyn Kay Brown, Attorney, Parish Attorney's Office, Baton Rouge, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Willie Jones, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Jones has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jones's response. We

---

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Gilberto Corona Aguirre (Corona) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Corona has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.